Pearson, J.
 

 It is settled, that when a limitation over is made, “ if the taker of the first estate, dies before arriving at full age,
 
 or
 
 without children, the word “ or” is construed to mean “ and,” so that the limitation over does not take effect, unless both contingencies happen, and the first estate becomes absolute upon the happening of either; 2 Eearne, 97, Jarman on Wills, 444.
 

 Our case is stronger; for treating the -word “ or,” as used in the disjunctive, when the first contingency happened, that is, when Adeline arrived at the age of twenty-one, her estate be
 
 *377
 
 came absolute, as the other contingency — her death “
 
 without issue,”
 
 taken alone, made the limitation over too remote, according to the principles of the common law.
 

 There is no errorr.
 

 Pee Curiam. Judgment affirmed.